UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23016-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

$ 173,472.00 IN U.S. CURRENCY,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## DEFAULT JUDGMENT

THIS CAUSE coming before the Court on Plaintiff's Motion for Default Judgment and it appearing that no owner of record nor any other person has filed herein any claim or answer, and it further appearing that a copy of the Complaint herein was served upon all known potential claimants and that publication has been duly made in this matter, and that due notice was given. Accordingly, the Court finds:

    1.    That process was duly issued in this cause and that the defendant was duly seized by the U.S. Marshal of this Court pursuant to said process;

    2.    That no claim or answer has been filed within the time fixed by law;

    3.    That the allegations of the Complaint are taken as admitted;

Based upon the above finding, and the Court being otherwise fully advised in the matter, it

is hereby:

ORDERED AND ADJUDGED:

1. That default judgment be and the same is hereby entered against the defendant currency $173,372.00 ($169,232.00 and $4140.00).

2. That all persons claiming any right, title or interest in or to the said defendant are held in default.

3. That the defendant be and the same is hereby forfeited to the UNITED STATES OF AMERICA.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of March, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: Mark W. Lester, AUSA
U.S. Marshal's Service (2 certified copies)